

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00500-CV

Philip **SIMPSON**,
Appellant

v.

**KALLISON RANCH APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-05907
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is dismissed. No costs of the appeal are taxed against appellant because he is indigent.

SIGNED November 5, 2025.

_H. Todd McCray_
H. Todd McCray, Justice